**SO ORDERED.**

**DONE and SIGNED January 12, 2024.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-10985 |
| SHANNON RENEE MITCHELL | § | |
| *Debtor* | § | Chapter 13 |
| | § | Judge John S. Hodge |
| | § | |
| LOUISIANA WORKFORCE COMMISSION | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | Adv. No. 23-1016 |
| | § | |
| SHANNON RENEE MITCHELL | § | |
| *Defendant* | § | |

### AGREED FINAL JUDGMENT
### ON COMPLAINT OBJECTING TO DISCHARGEABILTIY OF INDEBTEDNESS

With regard to the *Complaint Objecting to Dischargeability of Indebtedness* brought on behalf of plaintiff, the Louisiana Workforce Commission, considering the pleadings, the stipulations of the parties, representations and agreement of Stacey Wright-Johnson, attorney for

the plaintiff, and L. Laban Levy, counsel for defendant, Shannon Renee Mitchell, as evidenced by their signatures hereto and the applicable law;

The Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Judgment and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that, with regard to the claims of the Louisiana Workforce Commission and the stipulation reached by the parties:

1. Defendant, Shannon Renee Mitchell, owes the Louisiana Workforce Commission $17,249.00 for fraudulent UI benefit overpayments.

2. Pursuant thereto, the $17,249.00 debt defendant, Shannon Renee Mitchell, owes the Louisiana Workforce Commission is nondischargeable and therefore, exempt from discharge in Lead Bankruptcy Case No. WDLA-23-10985 bankruptcy under 11 U.S.C. § 523(a)(2)(A).

3. Each party will bear his own costs of these proceedings.

4. In the event of default, the plaintiff is authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Judgment.

5. This Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation, or enforcement of this Judgment.

**Agreed and consented as to both form and substance:**

| *The Louisiana Workforce Commission* | *Simon, Fitzgerald, Cooke, et al.* |
|---|---|
| By:/s/ Stacey Wright-Johnson<br>　Stacey Wright-Johnson, #27331<br>　1001 North 23rd Street, First Floor<br>　Baton Rouge, LA  70804 | By:/s/ L. Laban Levy<br>　L. Laban Levy, #28658<br>　4700 Line Ave., Ste. 200<br>　Shreveport, LA 71106 |

|  |  |
|---|---|
| Phone: (225) 831-2592 | Phone: (318) 868-2600 |
| Fax: (225) 342-7956 | Fax: (318) 868-8966 |
| Email: Swright-johnson@lwc.la.gov | Email: Laban@SimonFitzgerald.com |
| *Attorney for the Louisiana Workforce Commission* | *Attorney for Shannon Renee Mitchell* |

###

This Agreed Final Judgment was approved by L. Laban Levy and Shannon Renee Mitchell. (See Exhibit A).

The Agreed Final Judgment was prepared and is being submitted by:

Louisiana Workforce Commission
By: /s/Stacey Wright-Johnson
Attorney for the Louisiana Workforce Commission
Bar Roll No. 27331
1001 North 23rd Street, First Floor
Baton Rouge, LA 70802
Telephone: (225) 831-2592